IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 12-cv-3117-AP

JOHN RUSTAD,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Chris R. Noel | John F. Walsh |
| 3000 Pearl Street, #212 | United States Attorney |
| Boulder, Colorado 80301-2431 | |
| 303-449-6503 | J. Benedict Garcia |
| chrisildar@comcast.net | Assistant United States Attorney |
| | District of Colorado |
| | |
| | Michael S. Howard |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street, |
| | Denver, Colorado 80202 |
| | (303) 844-7192 |
| | Michael.howard@ssa.gov |

2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.     DATES OF FILING OF RELEVANT PLEADINGS

| | | |
|---|---|---|
| A. | Date Complaint was filed: | November 29, 2012 |
| B. | Date Complaint was served on U.S. Attorney's Office: | November 30, 2012 |
| C. | Date Answer and Administrative Record were filed: | January 29, 2013 |

4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff states that the administrative record is presumed to be complete.

Defendant, to the best of his knowledge, states that the administrative record is complete and accurate.

5.     STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff states that additional evidence may be required depending on what a review of the record reveals.

Defendant does not intend to submit additional evidence. In the event Plaintiff seeks to supplement the record, Defendant requests an opportunity to review the additional evidence and an opportunity to respond to Plaintiff's request to supplement the record.

6.     STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff states there are no unusual claims.

Defendant, to the best of his knowledge, does not believe the cases raises unusual claims or defenses.

7.     OTHER MATTERS

The parties have no other matters to bring to the attention of the Court. This case is not on appeal from any other remanding court.

8. BRIEFING SCHEDULE

The parties respectfully request the following briefing schedule:

| | | |
|---|---|---|
| A. | Plaintiff's opening brief due | April 1, 2013 |
| B. | Defendant's response brief due | May 1, 2013 |
| C. | Plaintiff's reply brief due | May 16, 2013 |

9. STATEMENTS REGARDING ORAL ARGUMENT

   A. Plaintiff does not request oral argument.
   B. Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

   THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

   The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 14th day of February, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Chris R. Noel | JOHN F. WALSH |
| Chris R. Noel | United States Attorney |
| 3000 Pearl Street, #212 | |
| Boulder, Colorado 80301-2431 | J. Benedict Garcia |
| 303-449-6503 | Assistant United States Attorney |
| | District of Colorado |

s/Michael S. Howard
Michael S. Howard
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, Colorado 80202
(303) 844-7192