**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03117-PAB

JOHN RUSTAD,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 18] of United States District Judge Philip A. Brimmer entered on November 4, 2014, it is

**ORDERED** that the decision of Commissioner of Social Security is reversed and remanded. It is further

**ORDERED** that judgment is hereby entered in favor of the plaintiff and against the defendant. It is further

**ORDERED** that plaintiff John Rustad is **AWARDED** his costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 5th day of November, 2014.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

    By:  s/   Jennifer Hawkins
        Jennifer Hawkins
        Deputy Clerk